FILED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  Alexis Lopez  Defendant. | 5:25mj 143  ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( )    the appearance of defendant as required; and/or

(B)  (✓)    the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- NATURE AND CIRCUMSTANCES OF THE ALLEGED CRIMINAL CONDUCT (SIGNIFICANT AMOUNT OF CONTROLLED SUBSTANCES)
- CRIMINAL HISTORY

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 3/24/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE